Fill in this information to identify the case:

Debtor name **BNT Services, Inc.**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (if known): ____________________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | ES Windows, LLC<br>3550 NW 49th Street<br>Miami, FL 33142 | | Trade debt | | | | $2,500,000.00 |
| 2 | Truist Bank<br>P.O. Box 1626<br>Wilson, NC 27894 | | SBA bank loan and line of credit | | $1,517,819.03 | $2,909,541.12 | $1,386,972.77 |
| 3 | PGT Innovations, LLC<br>P.O. Box 936876<br>Atlanta, GA 31193 | | Trade debt | Disputed | | | $1,282,675.30 |
| 4 | Custom Window Systems Inc<br>P.O Box 931057<br>Atlanta, GA 31193 | | Trade debt | | | | $1,131,600.00 |
| 5 | CGI Windows and Doors<br>3780 West 104th Street<br>Hialeah, FL 33018 | | Trade debt | Disputed | | | $1,023,460.22 |
| 6 | FHIS Finance, LLC<br>251 Little Falls Drive<br>Wilmington, DE 19808 | | Business loan | | | | $870,000.00 |
| 7 | Straticon<br>501 Fairway Drive<br>Deerfield Beach, FL 33441 | | Potential claims for liens placed against properties by ES Windows | Contingent | | | $569,760.50 |
| 8 | Revenued<br>55 Almeria Ave, 2nd Floor<br>Miami, FL 33134 | | MCA Loan | | | | $501,469.19 |

Debtor **BNT Services, Inc.**
Name

Case number *(if known)*

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Gary Chester<br>5311 NW 22nd Ave.<br>Tamarac, FL 33309 | | Business loan | | | | $487,571.89 |
| 10 | CGI Commercial<br>1070 Technology Drive<br>Nokomis, FL 34275 | | Trade debt | Disputed | | | $331,313.40 |
| 11 | Service Finance Company, LLC<br>555 S. Federal Highway Suite 200<br>Boca Raton, FL 33432 | | Potential chargeback, refund, indemnification or loan-pullbacks | Contingent | | | $317,712.02 |
| 12 | Cannatelli Builders<br>2101 NW 33rd Street #2800A<br>Pompano Beach, FL 33069 | | Breach of contract | Contingent | | | $254,470.55 |
| 13 | Builders Hardware Inc.<br>5615 E. Powhatan Ave.<br>Tampa, FL 33610 | | Trade debt | | | | $234,778.82 |
| 14 | WEX<br>1 Hancock St.<br>Portland, ME 04101 | | Credit card | | | | $211,571.58 |
| 15 | American Express<br>PO Box 981535<br>El Paso, TX 79998 | | Credit card | | | | $193,649.57 |
| 16 | Google LLC TE - USA<br>c/o ABC - Amega Inc.<br>135 Delaware Ave. Suite 504<br>Buffalo, NY 14202 | (877) 374-5477 | Advertising services | | | | $138,256.61 |
| 17 | U.S. Small Business Administration<br>2 North Street 320<br>Birmingham, AL 35203 | | Business loan | | | | $138,041.07 |
| 18 | Arlington Financial Consultants<br>720 E Atlantic Blvd<br>Pompano Beach, FL 33060 | | Potential chargeback, refund, indemnification or loan-pullbacks | Contingent | | | $82,281.34 |
| 19 | VK Industrial VII Holdings, LLC<br>9500 W Bryn Mawr Ave Suite 340<br>Rosemont, IL 60018 | | Landlord/tenant | | | | $76,110.00 |
| 20 | Capital One Financial Corporation<br>Attn: Bankruptcy Dept.<br>P.O. Box 85617<br>Richmond, TX 23276 | | Credit card | | | | $75,412.94 |