| Account | Date | Name | Amount |
|---|---|---|---|
| Truist Operating 0518 | 4/27/2026 | QuickBooks Payments | $51.85 |
| Truist Operating 0518 | 4/28/2026 | COMCAST | $72.36 |
| Truist Operating 0518 | 4/28/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $386.94 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $180.64 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $73.22 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $54.10 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $43.74 |
| Truist Operating 0518 | 4/28/2026 | Old - FPL | $38.52 |
| Truist Operating 0518 | 4/28/2026 | QuickBooks Payments | $556.54 |
| Truist Operating 0518 | 4/29/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 4/29/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 4/29/2026 | FIRST IMPRESSIONS | $12,345.40 |
| Truist | 4/29/2026 | MG Trust | $3,610.65 |
| Truist Operating 0518 | 4/29/2026 | Northwestern Mutual | $4,276.50 |
| Truist Operating 0518 | 4/29/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 4/30/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 4/30/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $14,006.13 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $10,798.99 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $10,669.73 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $10,669.73 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $7,516.65 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $6,704.45 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $6,505.02 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $6,496.17 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $5,410.90 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $208.28 |
| Truist Operating 0518 | 4/30/2026 | ES Windows, LLC | $188.19 |
| Truist Operating 0518 | 4/30/2026 | FORD CREDIT | $1,214.30 |
| Truist | 4/30/2026 | Ford F-686 sold | $51,002.03 |
| Truist | 4/30/2026 | Ford F-686 Sold | $4,593.71 |
| Truist Operating 0518 | 4/30/2026 | QuickBooks Payments | $116.92 |
| Truist Operating 0518 | 4/30/2026 | Revenued | $12,000.00 |
| Truist Operating 0518 | 4/30/2026 | SBA Loan | $731.00 |
| Truist Operating 0518 | 4/30/2026 | Tax Workout Group, P.A. | $577.50 |
| Truist Operating 0518 | 4/30/2026 | Truist Service Charges | $0.01 |
| Truist Operating 0518 | 5/1/2026 | AIB Solutions Corp | $6,308.28 |
| Truist Operating 0518 | 5/1/2026 | Alain Serrano Corp | $10,000.00 |
| Truist Operating 0518 | 5/1/2026 | Alain Serrano Corp | $8,315.00 |
| Truist Operating 0518 | 5/1/2026 | ALL POINTS | $1,254.58 |
| Truist Operating 0518 | 5/1/2026 | Collin O'Brien | $770.00 |
| Truist Operating 0518 | 5/1/2026 | Doors Corp. | $14,311.50 |
| Truist Operating 0518 | 5/1/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/1/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/1/2026 | E-Fructus | $3,250.00 |
| Feenix (Airwallex) | 5/1/2026 | FVP Servicing LLC | $23,850.00 |
| Feenix (Airwallex) | 5/1/2026 | FVP Servicing LLC | $368.75 |
| Truist Operating 0518 | 5/1/2026 | Gotta-Go Impact Windows | $10,569.00 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/1/2026 | Invigorate Solutions LLC | $1,000.00 |
| Truist Operating 0518 | 5/1/2026 | Landy Marketing | $155.15 |
| Truist Operating 0518 | 5/1/2026 | Lina M Jaramillo | $250.00 |
| Truist Operating 0518 | 5/1/2026 | N&G Cutino | $9,687.00 |
| Truist Operating 0518 | 5/1/2026 | ONP Digital Corporation | $4,000.00 |
| Truist Operating 0518 | 5/1/2026 | QuickBooks Payments | $52.54 |
| Truist Operating 0518 | 5/1/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 5/1/2026 | Regina Beatriz Pacheco Diaz | $1,386.66 |
| Truist Operating 0518 | 5/1/2026 | Robert Gabarrin LLC | $24,803.38 |
| Truist Operating 0518 | 5/1/2026 | Robert Gabarrin LLC | $15,713.00 |
| Truist Operating 0518 | 5/1/2026 | Steve Carroll Services Corp. | $2,000.00 |
| Truist Operating 0518 | 5/1/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 5/4/2026 | Aetna | $19,206.73 |
| Feenix (Airwallex) | 5/4/2026 | Airwallex | $35.00 |
| Truist Operating 0518 | 5/4/2026 | Authorize.net Ut | $34.95 |
| Truist Operating 0518 | 5/4/2026 | Authorize.net Ut | $13.00 |
| Truist Operating 0518 | 5/4/2026 | COMCAST | $271.30 |
| Truist Operating 0518 | 5/4/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/4/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/4/2026 | Farm Bureau | $29,470.61 |
| Truist Operating 0518 | 5/4/2026 | Fleetcor Funding | $1,114.50 |
| Truist Operating 0518 | 5/4/2026 | Inspectpro Solutions | $4,490.00 |
| Truist Operating 0518 | 5/4/2026 | QuickBooks Payments | $683.47 |
| Truist Operating 0518 | 5/4/2026 | USA Corp.( EasyGCloud.com ) | $969.84 |
| Truist Operating 0518 | 5/5/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/5/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/5/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/5/2026 | Jennifer Bonnoront | $5,000.00 |
| Truist | 5/5/2026 | MG Trust | $3,623.41 |
| Truist Operating 0518 | 5/5/2026 | QuickBooks Payments | $217.15 |
| Truist | 5/5/2026 | Teladoc | $279.00 |
| Truist Operating 0518 | 5/6/2026 | ALL POINTS | $8,025.93 |
| Feenix (Airwallex) | 5/6/2026 | Authorize.net Ut | $16.95 |
| Truist Operating 0518 | 5/6/2026 | Axiom Structures | $4,675.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/6/2026 | Enterprise - Fleet Management | $18,000.00 |
| Truist Operating 0518 | 5/6/2026 | ES Windows, LLC | $16,663.22 |
| Truist Operating 0518 | 5/6/2026 | Ilan Vaknin | $4,062.07 |
| Truist Operating 0518 | 5/6/2026 | Omar Ramirez | $705.52 |
| Truist Operating 0518 | 5/6/2026 | Omar Ramirez | $317.15 |
| Truist Operating 0518 | 5/6/2026 | Omar Ramirez | $39.52 |
| Truist Operating 0518 | 5/6/2026 | QuickBooks Payments | $32.12 |
| Truist | 5/6/2026 | Truist Overdraft | $36.00 |
| Truist Operating 0518 | 5/7/2026 | COMCAST | $1,154.04 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/7/2026 | Doors Corp. | $12,422.50 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $854.54 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/7/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/7/2026 | Facebook | $94.63 |
| Truist Operating 0518 | 5/7/2026 | Facebook | $0.44 |
| Truist Operating 0518 | 5/7/2026 | Facebook | $0.29 |
| Truist Operating 0518 | 5/7/2026 | N&G Cutino | $9,786.00 |
| Truist Operating 0518 | 5/7/2026 | Nicholas Savino | $50.00 |
| Truist | 5/7/2026 | Payroll | $53,471.44 |
| Truist Operating 0518 | 5/7/2026 | QuickBooks Payments | $82.77 |
| Truist Operating 0518 | 5/7/2026 | Robert Gabarrin LLC | $6,635.00 |
| Truist Operating 0518 | 5/7/2026 | Tax Compliance Group LLC | $6,000.00 |
| Truist Operating 0518 | 5/8/2026 | #19101 | $3,418.23 |
| Truist Operating 0518 | 5/8/2026 | Collin O'Brien | $220.00 |
| Truist Operating 0518 | 5/8/2026 | Distributors | $1,714.53 |
| Truist Operating 0518 | 5/8/2026 | Distributors | $218.72 |
| Truist Operating 0518 | 5/8/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/8/2026 | Fleetcor Funding | $1,517.54 |
| Truist Operating 0518 | 5/8/2026 | GP Window and Door Dist | $116.23 |
| Truist Operating 0518 | 5/8/2026 | ImageNet Consulting, LLC | $4,548.42 |
| Truist Operating 0518 | 5/8/2026 | Inspectpro Solutions | $4,950.00 |
| Truist Operating 0518 | 5/8/2026 | Nicholas Savino | $61.08 |
| Truist Operating 0518 | 5/8/2026 | Outer Limits | $3,600.00 |
| Truist Operating 0518 | 5/8/2026 | QuickBooks Payments | $33.08 |
| Truist Operating 0518 | 5/8/2026 | Rent Expense | $220.00 |
| Truist Operating 0518 | 5/8/2026 | Richard Cook | $225.28 |
| Truist Operating 0518 | 5/8/2026 | Robert Gabarrin LLC | $12,945.00 |
| Truist Operating 0518 | 5/8/2026 | Sultan Family Limited Partnership | $7,244.00 |
| Truist Operating 0518 | 5/8/2026 | Sultan Family Limited Partnership | $2,237.00 |
| Truist Operating 0518 | 5/8/2026 | Sultan Family Limited Partnership | $50.00 |
| Truist Operating 0518 | 5/8/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 5/8/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 5/10/2026 | QuickBooks Payments | $40.00 |
| Truist Operating 0518 | 5/11/2026 | Birdeye Inc | $535.68 |
| Truist Operating 0518 | 5/11/2026 | ES Windows, LLC | $6,134.13 |
| Truist | 5/11/2026 | FFVA Mutual Insurance Co. | $1,946.00 |
| Truist Operating 0518 | 5/11/2026 | Microsoft Ads | $2,502.06 |
| Truist Operating 0518 | 5/11/2026 | QuickBooks Payments | $25.34 |
| Truist Operating 0518 | 5/12/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/12/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/12/2026 | GM Financial | $1,524.84 |
| Truist Operating 0518 | 5/12/2026 | Honda Financial Services | $602.73 |
| Truist | 5/12/2026 | MG Trust | $3,232.79 |
| Truist Operating 0518 | 5/12/2026 | Old - FPL | $462.74 |
| Truist Operating 0518 | 5/12/2026 | Old - FPL | $217.50 |
| Truist Operating 0518 | 5/12/2026 | Old - FPL | $145.16 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/12/2026 | Old - FPL | $123.58 |
| Truist Operating 0518 | 5/12/2026 | QuickBooks Payments | $65.22 |
| Truist | 5/12/2026 | Truist Overdraft | $36.00 |
| Truist Operating 0518 | 5/13/2026 | Axiom Structures | $400.00 |
| Truist Operating 0518 | 5/13/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/13/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/13/2026 | GP Window and Door Dist | $266.23 |
| Truist Operating 0518 | 5/13/2026 | QuickBooks Payments | $26.17 |
| Truist Operating 0518 | 5/13/2026 | Richard Cook | $115.23 |
| Truist Operating 0518 | 5/14/2026 | Alain Serrano Corp | $16,888.00 |
| Truist Operating 0518 | 5/14/2026 | Alain Serrano Corp | $10,622.50 |
| Truist Operating 0518 | 5/14/2026 | Barbara Burke | $240.00 |
| Truist Operating 0518 | 5/14/2026 | Custom Window Systems | $161,291.24 |
| Truist Operating 0518 | 5/14/2026 | Custom Window Systems | $25,765.33 |
| Truist Operating 0518 | 5/14/2026 | Desmarie Butler | $990.00 |
| Truist Operating 0518 | 5/14/2026 | Doors Corp. | $12,102.40 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $14,002.72 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $13,788.47 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $10,806.67 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $10,444.58 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $10,444.58 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $7,520.00 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $7,516.65 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $7,004.01 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $6,597.83 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $6,505.02 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $6,279.81 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $342.12 |
| Truist Operating 0518 | 5/14/2026 | ES Windows, LLC | $208.28 |
| Truist Operating 0518 | 5/14/2026 | Gotta-Go Impact Windows | $3,823.00 |
| Truist Operating 0518 | 5/14/2026 | INTUIT | $10.00 |
| Truist Operating 0518 | 5/14/2026 | Lina M Jaramillo | $250.00 |
| Truist Operating 0518 | 5/14/2026 | Miguel & Olimpia Romero | $5,667.10 |
| Truist Operating 0518 | 5/14/2026 | N&G Cutino | $8,471.50 |
| Truist Operating 0518 | 5/14/2026 | Nicholas Savino | $50.00 |
| Truist | 5/14/2026 | Payroll | $48,735.45 |
| Truist Operating 0518 | 5/14/2026 | QuickBooks Payments | $32.03 |
| Truist Operating 0518 | 5/14/2026 | Regina Beatriz Pacheco Diaz | $1,386.66 |
| Truist Operating 0518 | 5/14/2026 | TGL Environmental, Inc. | $4,200.00 |
| Truist Operating 0518 | 5/14/2026 | Truist Service Charges | $0.03 |
| Truist Operating 0518 | 5/15/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/15/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/15/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/15/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/15/2026 | Fleetcor Funding | $1,283.98 |
| Truist Operating 0518 | 5/15/2026 | HOME DEPOT | $4,224.50 |
| Truist Operating 0518 | 5/15/2026 | Nextiva | $75.32 |
| Truist Operating 0518 | 5/15/2026 | Nextiva | $0.04 |
| Truist Operating 0518 | 5/15/2026 | Truist | $84.90 |
| Truist Operating 0518 | 5/15/2026 | Waste Management | $251.76 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/15/2026 | Waste Management | $122.70 |
| Truist Operating 0518 | 5/17/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 5/18/2026 | Barbara Burke | $239.96 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/18/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/18/2026 | FORD CREDIT | $783.74 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $1,035.18 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $508.70 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $204.00 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $174.79 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $120.00 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $116.23 |
| Truist Operating 0518 | 5/18/2026 | GP Window and Door Dist | $116.23 |
| Truist Operating 0518 | 5/18/2026 | Lease Direct | $579.14 |
| Truist Operating 0518 | 5/18/2026 | Main Supplies & Materials | $0.02 |
| Truist | 5/18/2026 | MG Trust | $3,233.03 |
| Truist Operating 0518 | 5/18/2026 | Nextiva | $2,035.39 |
| Truist Operating 0518 | 5/18/2026 | Nicholas Savino | $150.02 |
| Truist Operating 0518 | 5/18/2026 | QuickBooks Payments | $38.60 |
| Truist Operating 0518 | 5/18/2026 | Richard Cook | $559.69 |
| Truist Operating 0518 | 5/18/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 5/18/2026 | Tom Neuman | $9,892.55 |
| Truist | 5/18/2026 | Truist Overdraft | $36.00 |
| Truist Operating 0518 | 5/19/2026 | ALL POINTS | $7,848.78 |
| Truist Operating 0518 | 5/19/2026 | Canon Financial Services Inc. | $284.99 |
| Truist Operating 0518 | 5/19/2026 | Canon Financial Services Inc. | $284.99 |
| Truist Operating 0518 | 5/19/2026 | Canon Financial Services Inc. | $259.99 |
| Truist Operating 0518 | 5/19/2026 | City of Lighthouse Point | $100.00 |
| Truist Operating 0518 | 5/19/2026 | City of Lighthouse Point | $100.00 |
| Truist Operating 0518 | 5/19/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/19/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/19/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/19/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/19/2026 | Nicholas Savino | $50.00 |
| Truist Operating 0518 | 5/19/2026 | QuickBooks Payments | $36.31 |
| Truist Operating 0518 | 5/19/2026 | Tax Compliance Group LLC | $6,000.00 |
| Feenix (Airwallex) | 5/20/2026 | Airwallex | $1,378.66 |
| Truist Operating 0518 | 5/20/2026 | Dr Impact Co | $22,204.55 |
| Truist Operating 0518 | 5/20/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/20/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/20/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/20/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/20/2026 | Nicholas Savino | $50.00 |
| Truist Operating 0518 | 5/20/2026 | Omar Ramirez | $206.88 |
| Truist Operating 0518 | 5/20/2026 | QuickBooks Payments | $40.00 |
| Truist Operating 0518 | 5/20/2026 | Revenued | $14,470.59 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/20/2026 | Robert Gabarrin LLC | $14,285.00 |
| Truist Operating 0518 | 5/20/2026 | Truist | $51,001.77 |
| Truist Operating 0518 | 5/20/2026 | Yoyis Magic LLC | $150.00 |
| Truist Operating 0518 | 5/21/2026 | AIB Solutions Corp | $8,265.92 |
| Truist Operating 0518 | 5/21/2026 | Alain Serrano Corp | $9,682.50 |
| Truist Operating 0518 | 5/21/2026 | Anderson Window and Doors | $396.36 |
| Truist Operating 0518 | 5/21/2026 | FIRST IMPRESSIONS | $5,615.86 |
| Truist Operating 0518 | 5/21/2026 | GP Window and Door Dist | $2,192.68 |
| Truist Operating 0518 | 5/21/2026 | GP Window and Door Dist | $747.29 |
| Truist Operating 0518 | 5/21/2026 | GP Window and Door Dist | $152.20 |
| Truist | 5/21/2026 | Human Interest Inc | $678.00 |
| Truist Operating 0518 | 5/21/2026 | Joseph Tulko | $50.00 |
| Truist Operating 0518 | 5/21/2026 | Microsoft Ads | $2,503.86 |
| Truist Operating 0518 | 5/21/2026 | N&G Cutino | $8,883.35 |
| Truist Operating 0518 | 5/21/2026 | Nicholas Savino | $40.00 |
| Truist | 5/21/2026 | Payroll | $59,942.11 |
| Truist Operating 0518 | 5/21/2026 | QuickBooks Payments | $52.50 |
| Truist Operating 0518 | 5/21/2026 | Raymond James | $3,905.48 |
| Truist Operating 0518 | 5/21/2026 | Steve Carroll Services Corp. | $468.44 |
| Truist Operating 0518 | 5/21/2026 | Steve Carroll Services Corp. | $99.80 |
| Truist Operating 0518 | 5/21/2026 | Truist | $1,108.19 |
| Truist HPMM Savings 6012 | 5/21/2026 | Truist | $109.89 |
| Truist Operating 0518 | 5/21/2026 | Truist Service Charges | $0.20 |
| Truist Operating 0518 | 5/21/2026 | Truist Service Charges | $0.01 |
| Feenix (Airwallex) | 5/22/2026 | Airwallex | $25.00 |
| Truist Operating 0518 | 5/22/2026 | ALL POINTS | $5,409.70 |
| Truist Operating 0518 | 5/22/2026 | Allied Door South Florida LLC | $1,545.00 |
| Truist Operating 0518 | 5/22/2026 | Broward County Utilities | $463.81 |
| Truist Operating 0518 | 5/22/2026 | Broward County Utilities | $68.50 |
| Truist Operating 0518 | 5/22/2026 | Broward County Utilities | $68.50 |
| Truist Operating 0518 | 5/22/2026 | Broward County Utilities | $68.50 |
| Truist Operating 0518 | 5/22/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/22/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/22/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/22/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/22/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/22/2026 | HOME DEPOT | $2,566.18 |
| Truist Operating 0518 | 5/22/2026 | John Webb:18088 - John Webb | $10,372.00 |
| Truist Operating 0518 | 5/22/2026 | Marc Rodriguez | $23.23 |
| Truist Operating 0518 | 5/22/2026 | Old - FPL | $49.47 |
| Truist Operating 0518 | 5/22/2026 | QuickBooks Payments | $51.17 |
| Truist Operating 0518 | 5/22/2026 | SUNPASS | $136.47 |
| Truist Operating 0518 | 5/22/2026 | SUNPASS | $86.96 |
| Truist Operating 0518 | 5/22/2026 | SUNPASS | $85.09 |
| Truist Operating 0518 | 5/22/2026 | SUNPASS | $20.91 |
| Truist Operating 0518 | 5/25/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 5/26/2026 | Barbara Burke | $120.00 |
| Truist Operating 0518 | 5/26/2026 | COMCAST | $392.65 |
| Truist Operating 0518 | 5/26/2026 | Distributors | $3,440.39 |
| Truist Operating 0518 | 5/26/2026 | Distributors | $1,709.87 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/26/2026 | Distributors | $685.97 |
| Truist Operating 0518 | 5/26/2026 | Dochub Com | $16.00 |
| Truist Operating 0518 | 5/26/2026 | Dyke Industries, Inc. | $2,650.27 |
| Truist Operating 0518 | 5/26/2026 | Dyke Industries, Inc. | $1,431.31 |
| Truist Operating 0518 | 5/26/2026 | Dyke Industries, Inc. | $1,260.34 |
| Truist Operating 0518 | 5/26/2026 | Dyke Industries, Inc. | $1,213.27 |
| Truist Operating 0518 | 5/26/2026 | Dyke Industries, Inc. | $1,166.00 |
| Truist Operating 0518 | 5/26/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/26/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/26/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/26/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/26/2026 | FIRST IMPRESSIONS | $2,962.59 |
| Truist Operating 0518 | 5/26/2026 | FIRST IMPRESSIONS | $1,193.71 |
| Truist Operating 0518 | 5/26/2026 | Fleetcor Funding | $1,025.38 |
| Truist Operating 0518 | 5/26/2026 | John Webb:18088 - John Webb | $10,000.00 |
| Truist | 5/26/2026 | MG Trust | $3,499.71 |
| Truist Operating 0518 | 5/26/2026 | Online to 0021 | $10,000.00 |
| Truist Operating 0518 | 5/26/2026 | QuickBooks Payments | $40.00 |
| Truist Operating 0518 | 5/26/2026 | Revolution Transport | $595.00 |
| Truist Operating 0518 | 5/26/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 5/26/2026 | Tiffany Levich | $2,737.39 |
| Truist Operating 0518 | 5/26/2026 | Tiffany Levich | $2,737.38 |
| Truist Operating 0518 | 5/26/2026 | Wenzel Fenton Cabassa, P.A. | $4,525.23 |
| Truist Operating 0518 | 5/27/2026 | (Wholesale) | $1,063.49 |
| Truist Operating 0518 | 5/27/2026 | Dr Impact Co | $6,466.13 |
| Truist Operating 0518 | 5/27/2026 | Dr Impact Co | $4,702.24 |
| Truist Operating 0518 | 5/27/2026 | Dr Impact Co | $4,632.94 |
| Truist Operating 0518 | 5/27/2026 | Dr Impact Co | $2,884.01 |
| Truist Operating 0518 | 5/27/2026 | Dr Impact Co | $2,356.39 |
| Truist Operating 0518 | 5/27/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/27/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/27/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/27/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/27/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/27/2026 | ES Windows, LLC | $52,607.35 |
| Truist Operating 0518 | 5/27/2026 | INTUIT | $25.00 |
| Truist Operating 0518 | 5/27/2026 | INTUIT | $25.00 |
| Truist Operating 0518 | 5/27/2026 | INTUIT | $25.00 |
| Truist Operating 0518 | 5/27/2026 | INTUIT | $25.00 |
| Truist Operating 0518 | 5/27/2026 | INTUIT | $25.00 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $492.76 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $354.72 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $221.01 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $155.11 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $144.70 |
| Truist Operating 0518 | 5/27/2026 | Old - FPL | $39.04 |
| Truist Operating 0518 | 5/27/2026 | QuickBooks Payments | $68.41 |
| Truist Operating 0518 | 5/28/2026 | Alain Serrano Corp | $1,967.50 |
| Truist Operating 0518 | 5/28/2026 | Custom Window Systems | $101,434.78 |
| Truist Operating 0518 | 5/28/2026 | Doors Corp. | $3,512.50 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 5/28/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 5/28/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/28/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 5/28/2026 | Gotta-Go Impact Windows | $695.83 |
| Truist Operating 0518 | 5/28/2026 | Inc | $636.00 |
| Truist Operating 0518 | 5/28/2026 | Luis Gonzalez | $31.44 |
| Truist Operating 0518 | 5/28/2026 | Main Supplies & Materials | $3,861.46 |
| Truist | 5/28/2026 | Payroll | $55,727.67 |
| Truist Operating 0518 | 5/28/2026 | QuickBooks Payments | $1,047.23 |
| Truist Operating 0518 | 5/28/2026 | Regina Beatriz Pacheco Diaz | $1,386.66 |
| Truist Operating 0518 | 5/28/2026 | Richard Cook | $169.03 |
| Truist Operating 0518 | 5/29/2026 | Collin O'Brien | $1,045.00 |
| Truist Operating 0518 | 5/29/2026 | Doors Corp. | $13,990.00 |
| Truist Operating 0518 | 5/29/2026 | E-Fructus | $2,995.42 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $7,520.00 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $6,808.20 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $6,808.20 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $6,507.12 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $6,507.12 |
| Truist Operating 0518 | 5/29/2026 | ES Windows, LLC | $47.76 |
| Truist Operating 0518 | 5/29/2026 | FORD CREDIT | $1,214.30 |
| Feenix (Airwallex) | 5/29/2026 | FVP Servicing LLC | $374.58 |
| Truist Operating 0518 | 5/29/2026 | Lina M  Jaramillo | $250.00 |
| Truist Operating 0518 | 5/29/2026 | Microsoft | $2,501.20 |
| Truist Operating 0518 | 5/29/2026 | Northwestern Mutual | $4,276.50 |
| Truist Operating 0518 | 5/29/2026 | Pam Smith | $300.00 |
| Truist Operating 0518 | 5/29/2026 | QuickBooks Payments | $40.00 |
| Truist Operating 0518 | 5/29/2026 | VERIZON | $5,445.63 |
| Truist Operating 0518 | 5/29/2026 | VERIZON | $1,750.59 |
| Truist Operating 0518 | 6/1/2026 | Alain Serrano Corp | $1,050.00 |
| Truist Operating 0518 | 6/1/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/1/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/1/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/1/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/1/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/1/2026 | Facebook | $409.42 |
| Truist Operating 0518 | 6/1/2026 | Fleetcor Funding | $1,550.07 |
| Truist Operating 0518 | 6/1/2026 | Gotta-Go Impact Windows | $4,590.00 |
| Truist Operating 0518 | 6/1/2026 | Invigorate Solutions LLC | $1,000.00 |
| Truist Operating 0518 | 6/1/2026 | Joseph Tulko | $54.86 |
| Truist Operating 0518 | 6/1/2026 | Old - FPL | $43.04 |
| Truist Operating 0518 | 6/1/2026 | ONP Digital Corporation | $4,000.00 |
| Truist Operating 0518 | 6/1/2026 | Payment Processing Fee | $333.99 |
| Truist Operating 0518 | 6/1/2026 | QuickBooks Payments | $40.00 |
| Truist Operating 0518 | 6/1/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 6/1/2026 | SBA Loan | $731.00 |
| Truist Operating 0518 | 6/1/2026 | Semrush | $229.00 |
| Truist Operating 0518 | 6/1/2026 | Steve Carroll Services Corp. | $2,000.00 |
| Truist Operating 0518 | 6/2/2026 | 84 Lumber | $1,255.36 |
| Truist Operating 0518 | 6/2/2026 | Aetna | $19,358.33 |

| | | | |
|---|---|---|---|
| Feenix (Airwallex) | 6/2/2026 | Airwallex | $35.00 |
| Truist Operating 0518 | 6/2/2026 | Authorize.net Ut | $34.95 |
| Truist Operating 0518 | 6/2/2026 | Authorize.net Ut | $13.00 |
| Truist Operating 0518 | 6/2/2026 | CITY OF BOCA RATON | $126.30 |
| Truist Operating 0518 | 6/2/2026 | City of Cape Coral | $33.90 |
| Truist Operating 0518 | 6/2/2026 | City of Deerfield Beach | $132.12 |
| Truist Operating 0518 | 6/2/2026 | City of Miami | $191.91 |
| Truist Operating 0518 | 6/2/2026 | CITY OF PLANTATION | $20.00 |
| Truist Operating 0518 | 6/2/2026 | CITY OF SUNRISE | $165.40 |
| Truist Operating 0518 | 6/2/2026 | City of Weston | $362.17 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/2/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/2/2026 | Florida Department of Revenue | $50.00 |
| Truist | 6/2/2026 | MG Trust | $2,696.84 |
| Truist Operating 0518 | 6/2/2026 | PALM BEACH COUNTY | $100.00 |
| Truist Operating 0518 | 6/2/2026 | PALM BEACH COUNTY | $2.50 |
| Truist Operating 0518 | 6/2/2026 | Payment US | $3.90 |
| Truist Operating 0518 | 6/2/2026 | Payment US | $1.00 |
| Truist Operating 0518 | 6/2/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 6/2/2026 | Town of Juno Beach | $379.65 |
| Truist | 6/2/2026 | Truist Overdraft | $36.00 |
| Feenix (Airwallex) | 6/3/2026 | Airwallex | $1.84 |
| Truist Operating 0518 | 6/3/2026 | CITY OF PLANTATION | $20.00 |
| Truist Operating 0518 | 6/3/2026 | CITY OF POMPANO BEACH | $71.00 |
| Truist Operating 0518 | 6/3/2026 | Debit Card | $87.51 |
| Truist Operating 0518 | 6/3/2026 | Distributors | $1,936.58 |
| Truist Operating 0518 | 6/3/2026 | Distributors | $654.72 |
| Truist Operating 0518 | 6/3/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/3/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $6,319.86 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $6,176.30 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $2,242.12 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $1,089.78 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $749.42 |
| Truist Operating 0518 | 6/3/2026 | GP Window and Door Dist | $662.55 |
| Truist Operating 0518 | 6/3/2026 | Payment US | $1.00 |
| Truist Operating 0518 | 6/3/2026 | QuickBooks Payments | $31.39 |
| Truist Operating 0518 | 6/3/2026 | Robert Gabarrin LLC | $9,780.00 |
| Truist | 6/3/2026 | Teladoc | $279.00 |
| Truist | 6/3/2026 | Truist Overdraft | $36.00 |
| Truist Operating 0518 | 6/4/2026 | Adobe | $339.89 |
| Truist Operating 0518 | 6/4/2026 | AIB Solutions Corp | $3,629.56 |
| Truist Operating 0518 | 6/4/2026 | Alain Serrano Corp | $7,250.00 |
| Truist Operating 0518 | 6/4/2026 | Barbara Burke | $484.00 |
| Truist Operating 0518 | 6/4/2026 | CITY OF BOCA RATON | $1,083.37 |
| Truist Operating 0518 | 6/4/2026 | CITY OF PORT ST LUCIE | $2.70 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 6/4/2026 | Debit Card | $115.00 |
| Truist Operating 0518 | 6/4/2026 | Doors Corp. | $7,217.26 |
| Truist Operating 0518 | 6/4/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/4/2026 | ES Windows, LLC | $3,636.38 |
| Truist Operating 0518 | 6/4/2026 | FIRST IMPRESSIONS | $1,416.71 |
| Truist Operating 0518 | 6/4/2026 | FIRST IMPRESSIONS | $1,311.10 |
| Truist Operating 0518 | 6/4/2026 | FIRST IMPRESSIONS | $1,150.11 |
| Truist Operating 0518 | 6/4/2026 | GP Window and Door Dist | $867.90 |
| Truist Operating 0518 | 6/4/2026 | Indigo Decors LLC | $960.55 |
| Truist Operating 0518 | 6/4/2026 | N&G Cutino | $4,560.30 |
| Truist Operating 0518 | 6/4/2026 | PALM BEACH COUNTY | $290.32 |
| Truist Operating 0518 | 6/4/2026 | PALM BEACH COUNTY | $50.00 |
| Truist Operating 0518 | 6/4/2026 | PALM BEACH COUNTY | $7.25 |
| Truist Operating 0518 | 6/4/2026 | PALM BEACH COUNTY | $1.25 |
| Truist | 6/4/2026 | Payroll | $46,918.08 |
| Truist Operating 0518 | 6/4/2026 | Regina Beatriz Pacheco Diaz | $1,386.66 |
| Truist Operating 0518 | 6/4/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 6/5/2026 | ACH Settlement | $500.00 |
| Truist Operating 0518 | 6/5/2026 | ACH Settlement | $500.00 |
| Feenix (Airwallex) | 6/5/2026 | Authorize.net Ut | $16.95 |
| Truist Operating 0518 | 6/5/2026 | Building Services | $146.62 |
| Truist Operating 0518 | 6/5/2026 | CITY OF CORAL SPRINGS | $207.67 |
| Truist Operating 0518 | 6/5/2026 | City of Palm Beach Gardens | $158.38 |
| Truist Operating 0518 | 6/5/2026 | City of Palm Beach Gardens | $46.06 |
| Truist Operating 0518 | 6/5/2026 | Debit Card Purchase | $4.03 |
| Truist Operating 0518 | 6/5/2026 | E-Docs Solutions | $24.10 |
| Truist Operating 0518 | 6/5/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/5/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/5/2026 | Lien Rights Notice | $43.99 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $159.00 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $59.00 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $50.00 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $3.98 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $1.48 |
| Truist Operating 0518 | 6/5/2026 | PALM BEACH COUNTY | $1.25 |
| Truist Operating 0518 | 6/5/2026 | QuickBooks Payments | $733.03 |
| Truist Operating 0518 | 6/5/2026 | QuickBooks Payments | $45.43 |
| Truist Operating 0518 | 6/6/2026 | Robert Gabarrin LLC | $4,640.00 |
| Truist Operating 0518 | 6/7/2026 | QuickBooks Payments | $20.00 |
| Truist Operating 0518 | 6/8/2026 | CITY OF PLANTATION | $20.00 |
| Truist Operating 0518 | 6/8/2026 | CITY OF POMPANO BEACH | $140.64 |
| Truist Operating 0518 | 6/8/2026 | Collier County | $200.00 |
| Truist Operating 0518 | 6/8/2026 | COMCAST | $607.59 |
| Truist Operating 0518 | 6/8/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/8/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/8/2026 | E-Docs Solutions | $15.00 |
| Truist | 6/8/2026 | FFVA Mutual Insurance Co. | $2,245.00 |
| Truist | 6/8/2026 | MG Trust | $2,912.16 |
| Truist Operating 0518 | 6/8/2026 | Microsoft | $2,511.90 |
| Truist Operating 0518 | 6/8/2026 | Payment US | $6.20 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 6/8/2026 | Payment US | $1.00 |
| Truist Operating 0518 | 6/8/2026 | Royal Caribbean | $11.63 |
| Truist Operating 0518 | 6/8/2026 | USA Corp.( EasyGCloud.com ) | $969.80 |
| Truist Operating 0518 | 6/8/2026 | Village of Royal Palm Beach | $430.43 |
| Truist Operating 0518 | 6/9/2026 | CITY OF BOCA RATON | $294.56 |
| Truist Operating 0518 | 6/9/2026 | Debit Card | $200.11 |
| Truist Operating 0518 | 6/9/2026 | Dewind, Inc. | $1,225.15 |
| Truist Operating 0518 | 6/9/2026 | Dewind, Inc. | $262.15 |
| Truist Operating 0518 | 6/9/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/9/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/9/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/9/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/9/2026 | Omar Ramirez | $770.04 |
| Truist Operating 0518 | 6/9/2026 | Southeast Toyota Finance | $854.54 |
| Truist Operating 0518 | 6/9/2026 | Tax Workout Group, P.A. | $10,000.00 |
| Truist Operating 0518 | 6/9/2026 | Tom Neuman | $7,053.84 |
| Truist Operating 0518 | 6/10/2026 | 7-Eleven | $2,438.13 |
| Truist Operating 0518 | 6/10/2026 | CITY OF BOCA RATON | $279.95 |
| Truist Operating 0518 | 6/10/2026 | City of Miramar | $162.00 |
| Truist Operating 0518 | 6/10/2026 | CITY OF SUNRISE | $82.70 |
| Truist Operating 0518 | 6/10/2026 | CITY OF SUNRISE | $82.70 |
| Truist Operating 0518 | 6/10/2026 | Collier County | $100.00 |
| Truist Operating 0518 | 6/10/2026 | Debit Card Purchase | $3.10 |
| Truist Operating 0518 | 6/10/2026 | FIRST IMPRESSIONS | $3,203.61 |
| Truist Operating 0518 | 6/10/2026 | Miramar Serv fee | $4.78 |
| Truist Operating 0518 | 6/10/2026 | Royal Caribbean | $11.35 |
| Truist Operating 0518 | 6/10/2026 | Village of Royal Palm Beach | $420.13 |
| Truist Operating 0518 | 6/11/2026 | Birdeye Inc | $535.68 |
| Truist Operating 0518 | 6/11/2026 | Charlotte County | $50.00 |
| Truist Operating 0518 | 6/11/2026 | CITY OF CORAL SPRINGS | $165.67 |
| Truist Operating 0518 | 6/11/2026 | City of Wilton Manors | $554.01 |
| Truist Operating 0518 | 6/11/2026 | City of Wilton Manors | $425.57 |
| Seacoast Operating | 6/11/2026 | Collin O'Brien | $220.00 |
| Seacoast Operating | 6/11/2026 | Doors Corp. | $12,427.54 |
| Truist Operating 0518 | 6/11/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/11/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/11/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/11/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/11/2026 | E-Docs Solutions | $15.00 |
| Seacoast Operating | 6/11/2026 | E-Fructus | $2,805.83 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $7,520.00 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $7,520.00 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $7,050.14 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $6,580.90 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $6,507.12 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $6,279.81 |
| Seacoast Operating | 6/11/2026 | ES Windows, LLC | $6,279.81 |
| Seacoast Operating | 6/11/2026 | Inspectpro Solutions | $4,000.00 |
| Seacoast Operating | 6/11/2026 | N&G Cutino Window Installations | $357.50 |
| Truist Operating 0518 | 6/11/2026 | Old - FPL | $622.63 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 6/11/2026 | Old - FPL | $248.24 |
| Truist Operating 0518 | 6/11/2026 | Old - FPL | $186.47 |
| Truist Operating 0518 | 6/11/2026 | Old - FPL | $143.09 |
| Truist | 6/11/2026 | Payroll | $54,247.24 |
| Seacoast Operating | 6/11/2026 | QuickBooks Payments | $272.02 |
| Truist Operating 0518 | 6/12/2026 | City of Pompano Beach | $125.00 |
| Truist Operating 0518 | 6/12/2026 | City of West Palm Beach | $165.25 |
| Truist Operating 0518 | 6/12/2026 | E-Docs Solutions | $15.00 |
| Seacoast Operating | 6/12/2026 | Gotta-Go Impact Windows | $2,115.00 |
| Truist Operating 0518 | 6/12/2026 | Lina M Jaramillo | $250.00 |
| Seacoast Operating | 6/12/2026 | QuickBooks Payments | $42.36 |
| Seacoast Operating | 6/12/2026 | Robert Gabarrin LLC | $13,823.00 |
| Seacoast Operating | 6/12/2026 | Robert Gabarrin LLC | $3,030.00 |
| Seacoast Operating | 6/12/2026 | Robert Gabarrin LLC | $1,800.00 |
| Seacoast Operating | 6/12/2026 | Robert Gabarrin LLC | $1,200.00 |
| Seacoast Operating | 6/12/2026 | Robert Gabarrin LLC | $332.50 |
| Truist Operating 0518 | 6/12/2026 | Tax Compliance Group LLC | $9,250.00 |
| Truist Operating 0518 | 6/12/2026 | TOWN OF South Palm Beach | $318.00 |
| Seacoast Operating | 6/14/2026 | QuickBooks Payments | $3.03 |
| Truist Operating 0518 | 6/15/2026 | AvidPay | $15.71 |
| Truist Operating 0518 | 6/15/2026 | CITY OF SUNRISE | $82.70 |
| Truist Operating 0518 | 6/15/2026 | Debit Card | $194.49 |
| Seacoast Operating | 6/15/2026 | ES Windows, LLC | $7,520.00 |
| Seacoast Operating | 6/15/2026 | ES Windows, LLC | $242.55 |
| Seacoast Operating | 6/15/2026 | GP Window and Door Dist | $4,191.84 |
| Truist | 6/15/2026 | MG Trust | $2,632.68 |
| Seacoast Operating | 6/15/2026 | QuickBooks Payments | $301.57 |
| Truist Operating 0518 | 6/15/2026 | Returned fee | $36.00 |
| Truist Operating 0518 | 6/15/2026 | Returned fee | $36.00 |
| Truist Operating 0518 | 6/15/2026 | Teladoc | $84.90 |
| Truist Operating 0518 | 6/16/2026 | Lease Direct | $579.14 |
| Truist Operating 0518 | 6/16/2026 | Nextiva | $2,048.41 |
| Seacoast Operating | 6/16/2026 | QuickBooks Payments | $37.24 |
| Truist Operating 0518 | 6/16/2026 | Raymond James | $3,815.35 |
| Truist Operating 0518 | 6/16/2026 | Waste Management | $251.76 |
| Truist Operating 0518 | 6/16/2026 | Waste Management | $123.99 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.60 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.00 |
| Truist Operating 0518 | 6/17/2026 | E-Docs Solutions | $15.00 |
| Seacoast Operating | 6/18/2026 | GP Window and Door Dist | $771.18 |
| Seacoast Operating | 6/18/2026 | Orestes Gonzalez (Arlington Financial) | $500.00 |
| Truist | 6/18/2026 | Payroll | $43,625.72 |
| Seacoast Operating | 6/18/2026 | QuickBooks Payments | $57.25 |
| Seacoast Operating | 6/18/2026 | Robert Gabarrin LLC | $12,015.00 |
| Seacoast Operating | 6/18/2026 | Robert Gabarrin LLC | $352.50 |
| Truist Operating 0518 | 6/22/2026 | 7-Eleven | $1,532.60 |
| Seacoast Operating | 6/22/2026 | AIB Solutions Corp | $5,091.08 |

| | | | |
|---|---|---|---|
| Truist Operating 0518 | 6/22/2026 | City of Hollywood | $20.00 |
| Truist Operating 0518 | 6/22/2026 | City of Pembroke Pines | $187.22 |
| Truist Operating 0518 | 6/22/2026 | Collier County | $422.75 |
| Truist Operating 0518 | 6/22/2026 | Debit Card Purchase | $13.11 |
| Truist Operating 0518 | 6/22/2026 | Debit Card Purchase | $5.63 |
| Seacoast Operating | 6/22/2026 | Doors Corp. | $10,757.50 |
| Seacoast Operating | 6/22/2026 | FIRST IMPRESSIONS | $820.40 |
| Seacoast Operating | 6/22/2026 | Gotta-Go Impact Windows | $1,100.00 |
| Truist | 6/22/2026 | Human Interest Inc | $678.00 |
| Seacoast Operating | 6/22/2026 | Inspectpro Solutions | $4,000.00 |
| Truist | 6/22/2026 | MG Trust | $2,608.51 |
| Truist Operating 0518 | 6/22/2026 | Microsoft Ads | $2,515.75 |
| Seacoast Operating | 6/22/2026 | N&G Cutino Window Installations | $343.00 |
| Truist Operating 0518 | 6/22/2026 | PALM BEACH COUNTY | $225.00 |
| Seacoast Operating | 6/22/2026 | QuickBooks Payments | $10.46 |
| Seacoast Operating | 6/22/2026 | Tax Compliance Group LLC | $9,000.00 |
| Truist Operating 0518 | 6/22/2026 | Teladoc | $15.17 |
| Truist Operating 0518 | 6/22/2026 | Town of Jupiter | $95.88 |
| Truist Operating 0518 | 6/22/2026 | Truist | $1,384.29 |
| Truist HPMM Savings 6012 | 6/22/2026 | Truist | $97.60 |
| Truist Operating 0518 | 6/22/2026 | Truist | $36.00 |
| Truist Operating 0518 | 6/23/2026 | BROWARD COUNTY Permits | $517.18 |
| Truist Operating 0518 | 6/23/2026 | BROWARD COUNTY Permits | $91.43 |
| Truist Operating 0518 | 6/23/2026 | BROWARD COUNTY Permits | $79.96 |
| Truist Operating 0518 | 6/23/2026 | BROWARD COUNTY Permits | $79.96 |
| Truist Operating 0518 | 6/23/2026 | CITY OF BOCA RATON | $233.37 |
| Truist Operating 0518 | 6/23/2026 | CITY OF PLANTATION | $180.30 |
| Truist Operating 0518 | 6/23/2026 | Debit Card Purchase | $4.78 |
| Truist Operating 0518 | 6/23/2026 | Dochub Com | $16.00 |
| Truist Operating 0518 | 6/23/2026 | Old - FPL | $43.77 |
| Seacoast Operating | 6/23/2026 | QuickBooks Payments | $29.90 |
| Truist Operating 0518 | 6/23/2026 | TCN | $36.00 |
| Seacoast Operating | 6/24/2026 | ALL POINTS | $6,775.30 |
| Seacoast Operating | 6/24/2026 | Barbara Burke | $120.00 |
| Seacoast Operating | 6/24/2026 | City of Lighthouse Point | $100.00 |
| Truist Operating 0518 | 6/24/2026 | COMCAST | $392.65 |
| Seacoast Operating | 6/24/2026 | GP Window and Door Dist | $1,035.19 |
| Seacoast Operating | 6/24/2026 | GP Window and Door Dist | $685.49 |
| Seacoast Operating | 6/24/2026 | QuickBooks Payments | $110.12 |
| Seacoast Payroll | 6/24/2026 | Seacoast Bank | $37.00 |
| Seacoast Payroll | 6/24/2026 | Seacoast Bank | $3.15 |
| Seacoast Operating | 6/24/2026 | Steve Carroll Services Corp. | $874.00 |
| Truist Operating 0518 | 6/24/2026 | Truist | $36.00 |
| Truist Operating 0518 | 6/24/2026 | Truist | $36.00 |
| Truist Operating 0518 | 6/24/2026 | Truist | $36.00 |
| Seacoast Operating | 6/25/2026 | AmeriGas | $1,084.93 |
| Seacoast Operating | 6/25/2026 | Collin O'Brien | $825.00 |
| Seacoast Operating | 6/25/2026 | COMCAST | $607.81 |
| Seacoast Operating | 6/25/2026 | Doors Corp. | $8,948.13 |
| Seacoast Operating | 6/25/2026 | E-Fructus | $3,168.75 |

| | | | |
|---|---|---|---|
| Seacoast Operating | 6/25/2026 | Payroll | $51,369.44 |
| Seacoast Operating | 6/25/2026 | Regina Beatriz Pacheco Diaz | $1,386.66 |
| Seacoast Operating | 6/25/2026 | Robert Gabarrin LLC | $8,633.54 |
| Seacoast Operating | 6/25/2026 | Robert Gabarrin LLC | $7,195.00 |
| Seacoast Operating | 6/25/2026 | Robert Gabarrin LLC | $650.00 |
| Seacoast Operating | 6/25/2026 | Robert Gabarrin LLC | $417.50 |
| Seacoast Operating | 6/25/2026 | WorldWide Speciality Products | $13,467.66 |
| Truist Operating 0518 | 6/26/2026 | 7-Eleven | $1,261.57 |
| Seacoast Operating | 6/26/2026 | Aleida Koopenhaver | $4,392.00 |
| Seacoast Operating | 6/26/2026 | ALL POINTS | $10,492.17 |
| Seacoast Operating | 6/26/2026 | ES Windows, LLC | $61.80 |
| Seacoast Operating | 6/26/2026 | FFVA Mutual Insurance Co. | $517.00 |
| Seacoast Operating | 6/26/2026 | Palm Beach County | $75.00 |
| Seacoast Operating | 6/26/2026 | Palm Beach Coutny | $1.88 |
| Seacoast Operating | 6/26/2026 | QuickBooks Payments | $14.52 |
| Seacoast Operating | 6/26/2026 | Tavormina (Lauderhill) | $4,939.04 |
| Truist Operating 0518 | 6/26/2026 | Truist | $36.00 |
| Seacoast Operating | 6/27/2026 | D'Angelo | $6,774.80 |
| Seacoast Operating | 6/28/2026 | QuickBooks Payments | $25.57 |
| Seacoast Operating | 6/29/2026 | City of West Palm Beach | $50.00 |
| Seacoast Operating | 6/29/2026 | FFVA Mutual Insurance Co. | $18.10 |
| Truist Operating 0518 | 6/29/2026 | Microsoft Ads | $2,516.40 |
| Seacoast Operating | 6/29/2026 | Outer Limits | $1,000.00 |
| Seacoast Operating | 6/29/2026 | QuickBooks Payments | $305.12 |
| Truist Operating 0518 | 6/29/2026 | Truist | $36.00 |
| Truist | 6/30/2026 | MG Trust | $2,667.19 |
| Truist Operating 0518 | 6/30/2026 | Northwestern Mutual | $4,276.50 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $636.53 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $573.81 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $266.33 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $242.70 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $143.54 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $40.35 |
| Truist Operating 0518 | 6/30/2026 | Old - FPL | $38.41 |
| Seacoast Operating | 6/30/2026 | QuickBooks Payments | $108.60 |
| Seacoast Operating | 6/30/2026 | Revenued | $16,941.16 |
| Truist Operating 0518 | 6/30/2026 | SBA Loan | $731.00 |
| Seacoast Operating | 6/30/2026 | Tax Workout Group, P.A. | $10,000.00 |