# BNT SERVICES INC

Balance Sheet
As of Jun 30, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Feenix (Airwallex) | 2,912.36 |
| Seacoast Operating | 331,744.00 |
| Seacoast Payroll | 54,459.85 |
| Truist Payroll 6055 | 35.40 |
| Truist HPMM Savings 6012 | -42.31 |
| Truist Operating 0518 | 285.67 |
| **Total for Bank Accounts** | **$389,394.97** |
| Accounts Receivable | |
| Accounts Receivable | 1,904,801.79 |
| **Total for Accounts Receivable** | **$1,904,801.79** |
| Other Current Assets | |
| Due From BNT Supply Inc | 364,948.89 |
| Inventory | $0.00 |
| Raw Materials | $6,551,771.94 |
| Inventory Valuation Reserve | -6,301,771.94 |
| **Total for Raw Materials** | **$250,000.00** |
| **Total for Inventory** | **$250,000.00** |
| Prepaid Maintenance Contracts | 5,203.56 |
| Trust Deposit- TWG | 19,067.42 |
| Undeposited Funds | 48,387.20 |
| **Total for Other Current Assets** | **$687,607.07** |
| **Total for Current Assets** | **$2,981,803.83** |
| Fixed Assets | |
| Accumulated Depreciation | -676,719.58 |
| Furniture & Showroom | 7,500.00 |
| Office Equipment | 33,438.48 |
| Vehicles | 663,010.75 |
| Warehouse | 150,267.92 |
| **Total for Fixed Assets** | **$177,497.57** |
| Other Assets | |
| Closing Fees | 105,259.11 |
| Exchange Account | 1,500.00 |
| Security Deposit | 34,238.74 |
| **Total for Other Assets** | **$140,997.85** |
| **Total for Assets** | **$3,300,299.25** |

# BNT SERVICES INC

Balance Sheet

As of Jun 30, 2026

| | Total |
|---|---|
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 7,089,562.39 |
| **Total for Accounts Payable** | **$7,089,562.39** |
| Credit Cards | |
| Amex Gold 3008 | 48,930.74 |
| Amex Platinum 1005 | 193,649.47 |
| Amex Plum 1005 | 13,022.00 |
| Capital One 1330 | 77,888.29 |
| WEX Credit Card | 213,776.27 |
| **Total for Credit Cards** | **$547,266.77** |
| **Total for Current Liabilities** | **$7,636,829.16** |
| Long-term Liabilities | |
| Feenix Loan | 870,000.00 |
| Google LLC Loan | 165,675.80 |
| Loan from BG Dania LLC | 200,000.00 |
| Loan from Revenued | 490,861.71 |
| Loan from Tom | 341,960.17 |
| Loan Payable 2022 Ford F-150 V# 65005 | 14,313.13 |
| Loan Payable 2023 Ford F-150 V#F93150 | 24,465.97 |
| Loan Payable 2023 Honda Accord 2023 Grey V#027008 | 20,441.29 |
| SBA Loan 7900 | 137,310.07 |
| Tiger Team Roofing Inc- Gary Chester | 487,571.89 |
| Truist Line of Credit 0017 | 1,513,881.21 |
| Truist Loan 0013 (SBA Guranteed) | 2,746,509.42 |
| **Total for Long-term Liabilities** | **$7,012,990.66** |
| **Total for Liabilities** | **$14,649,819.82** |
| Equity | |
| Capital Stock | 100.00 |
| Opening Balance Equity | 179,527.11 |
| Paid-In Capital | 1,500.00 |
| Shareholder Distributions | $0.00 |
| Bret | -620,928.28 |
| **Total for Shareholder Distributions** | **-$620,928.28** |
| Treasury Stock | -3,500,000.00 |
| Retained Earnings | -6,317,765.82 |
| Net Income | -1,091,953.58 |
| **Total for Equity** | **-$11,349,520.57** |
| **Total for Liabilities and Equity** | **$3,300,299.25** |



Exhibit B
Page 2 of 2